```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA ROGERS ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. S 05-90 WBS <br><br><br><br> MOTION TO DISMISS |

The United States requests leave of court to dismiss the charges against Defendant Joshua Rogers.  Fed. R. Crim. P. 48(a).

```
                                    Respectfully Submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:  April 27, 2006       By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

DATE:  April 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1